In a hearing held on November 13, 2018, Defendant Larry Farmer stated that he had no objection to the dismissal of the complaint without prejudice. Accordingly, the United States' motion is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE and Farmer is no longer subject to pretrial supervision.

_____
Alistair E. Newbern
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.: 17-mj-4145 |
| v. | ) | |
| | ) | Judge Newbern |
| LARRY FARMER | ) | |

## MOTION TO DISMISS

The United States of America, through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Ahmed A. Safeeullah, Assistant United States Attorney, hereby moves this Court to dismiss the Criminal Complaint without prejudice. The Complaint charges the defendant, Larry Farmer, with being a user in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(3). In deciding to dismiss this case, the United States has considered the facts of this case along with the factors set forth at Title 18, United States Code, Section 3553(a). Based on the foregoing, the United States has determined that in the interest of justice the Complaint should be dismissed. Thus, the United States respectfully requests this Court dismiss the Complaint without prejudice.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

*s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151